KEITH E. EGGLETON, State Bar No. 159842
CAZ HASHEMI, State Bar No. 210239
BRIAN THOMAS, State Bar No. 223706
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
e-mail: keggleton@wsgr.com
e-mail: chashemi@wsgr.com
e-mail: bthomas@wsgr.com

Attorneys for Defendants
CIPHERGEN BIOSYSTEMS, INC.,
WILLIAM E. RICH and MATTHEW J. HOGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACK COHEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIPHERGEN BIOSYSTEMS, INC., WILLIAM E. RICH and MATTHEW J. HOGAN,<br><br>Defendants. | CASE NO.: C-05-4997-MHP<br><br>**STIPULATION & ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT DEADLINES AND EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>Hearing Date: n/a<br>Hearing Time: n/a<br>Courtroom: The Hon. Marilyn H. Patel<br>Ct. No. 15, 18th Floor |

WHEREAS, defendants Ciphergen Biosystems, Inc., William E. Rich and Matthew J. Hogan ("Defendants") have been named as defendants in this action for alleged violations of the Federal Securities Laws, individually and on behalf of all others similarly situated;

WHEREAS this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995, pursuant to which the Court will designate a Lead Plaintiff in accord with 15 U.S.C. § 78u-4(a)(3)(B); and

STIP & [PROP] ORDER FOR CONTINUANCE            -1-
OF INITIAL CASE MANAGEMENT DEADLINES
AND EXTENSION OF TIME FOR DEFENDANTS
TO RESPOND TO THE COMPLAINT
CASE NO. C-05-4997-MHP

WHEREAS the parties to this stipulation wish to avoid premature and potentially unnecessary motions prior to the designation of Lead Plaintiff;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Defendants are not required to respond to the complaint in this action, or any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint by Lead Plaintiff, until forty-five (45) days after service or designation as such, unless otherwise agreed upon by the parties.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned that, with the Court's permission, the initial case management deadlines set forth in the Court's December 5, 2005 Order Setting Initial Case Management Conference shall be VACATED. The Initial Case Management Conference shall be continued until 35 days after the determination of Defendants' motion to dismiss the consolidated complaint or complaint designated as the operative complaint by Lead Plaintiff, or as soon thereafter as is consistent with the Court's calendar. Not less than 14 days before the Initial Case Management Conference the parties shall (A) submit a joint case management statement and Rule 26(f) Report, (B) file a joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference, and (C) complete initial disclosures or state objections in the Rule 26(f) Report. Not less than 21 days before the Initial Case Management Conference the parties shall meet and confer regarding initial disclosures, early settlement, ADR process selection, and the discovery plan.

Dated: December 20, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ Caz Hashemi_____
        Caz Hashemi

Attorneys for Defendants
CIPHERGEN BIOSYSTEMS, INC., WILLIAM E. RICH and MATTHEW J. HOGAN

| | | |
|---|---|---|
| 1 | Dated: December 20, 2005 | KAPLAN FOX & KILSHEIMER LLP |
| 2 | | |
| 3 | | By: _____/s/ Linda Fong_____ |
| | | Linda Fong |
| 4 | | |
| 5 | | Attorneys for Plaintiff JACK COHEN |

**IT IS SO ORDERED.**

Dated: 12/21/05

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

STIP & [PROP] ORDER FOR CONTINUANCE
OF INITIAL CASE MANAGEMENT DEADLINES
AND EXTENSION OF TIME FOR DEFENDANTS
TO RESPOND TO THE COMPLAINT
CASE NO. C-05-4997-MHP

-3-

| | |
|---|---|
| 1 | I, Caz Hashemi, am the ECF User whose identification and password were used to e-file |
| 2 | the STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE |
| 3 | MANAGEMENT DEADLINES AND EXTENSION OF TIME FOR DEFENDANTS TO |
| 4 | RESPOND TO THE COMPLAINT on December 21, 2005.  I attest that I have on file records |
| 5 | supporting the concurrence in this filing of the other signatories whose signatures are indicated |
| 6 | by a "conformed" signature (/s/) within this e-filed document. |

Dated:  December 20, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ Caz Hashemi_____
             Caz Hashemi

Attorneys for Defendants
CIPHERGEN BIOSYSTEMS, INC., WILLIAM E. RICH
and MATTHEW J. HOGAN

STIP & [PROP] ORDER FOR CONTINUANCE
OF INITIAL CASE MANAGEMENT DEADLINES
AND EXTENSION OF TIME FOR DEFENDANTS
TO RESPOND TO THE COMPLAINT
CASE NO. C-05-4997-MHP

-4-