1  Laurence D. King (CSB# 206423)
   Linda M. Fong (CSB# 124232)
2  KAPLAN FOX & KILSHEIMER LLP
   555 Montgomery Street, Suite 1501
3  San Francisco, CA  94111
   Telephone:  415-772-4700
4  Facsimile:  415-772-4707
   lking@kaplanfox.com
5  lfong@kaplanfox.com

6  Attorneys for Plaintiffs

7  [Additional Counsel Appear on Signature Page]

8

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13  JACK COHEN, on behalf of himself and all          Civil Action No. 05-4997-MHP
    others similarly situated,
14
                        Plaintiff,
15
                                                       **STIPULATION OF VOLUNTARY**
16       v.                                            **DISMISSAL**

17  CIPHERGEN BIOSYSTEMS, INC., WILLIAM
    E. RICH and MATTHEW J. HOGAN,
18
                        Defendants.
19

20

21

22

23

24

25

26

27

28

---

STIPULATION FOR VOLUNTARY DISMISSAL                          Case No.:  05-4997-MHP

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that the above-captioned matter is hereby voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1).  The parties shall each bear their own fees and costs

DATED:  March 28, 2006                    KAPLAN FOX & KILSHEIMER LLP

                                          _____/s/_____
                                    By:   Laurence D. King (CSB# 206423)
                                          Linda Fong (CSB# 124232)
                                          555 Montgomery Street, Suite 1501
                                          San Francisco, CA  94111
                                          Telephone:  415-772-4700
                                          Facsimile:  415-772-4707

                                          Frederic S. Fox
                                          Joel B. Strauss
                                          Jeffrey P. Campisi
                                          KAPLAN FOX & KILSHEIMER LLP
                                          805 Third Avenue, 22nd Floor
                                          New York, NY  10022
                                          Telephone:  212-687-1980
                                          Facsimile:  212-687-7714

                                          Todd M. Schneider (CSB# 158253)
                                          SCHNEIDER & WALLACE
                                          180 Montgomery Street, Suite 2000
                                          San Francisco, CA 94104
                                          Telephone:  415-421-7100
                                          Facsimile:  415-421-7105

                                          *Attorneys for Plaintiff*

Dated:  March 28, 2006                    WILSON SONSINI GOODRICH & ROSATI, P.C>

                                          _____/s/_____
                                    By:   Keith E. Eggleton (CSB# 159842)
                                          Caz Hashemi (CSB# 210239)
                                          Brean Thomas (CSB# 223706)
                                          650 Page Mill Road
                                          Palo Alto, CA 94304
                                          Telephone: 650-320-4827

                                          *Attorneys for Defendants Ciphergen Biosystems, Inc.,*
                                          *William E. Rich and Matthew J. Hogan*

                                          March 29, 2006

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

STIPULATION FOR VOLUNTARY DISMISSAL                          Case No.:  05-4997-MHP

1    I hereby attest that concurrence in the filing of this document has been obtained

2   from Keith E. Eggleton whose signature is indicated by a "conformed" signature (/S/)

3   within this efiled document.

4

5                                                      /s/
                                            _____
6                                                Laurence D. King

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR VOLUNTARY DISMISSAL                          Case No.:  05-4997-MHP

**PROOF OF SERVICE**

I, Adrianna D. Gutierrez, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 555 Montgomery Street, San Francisco, California 94111.

On March 28, 2006, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Laurence D. King to file following document(s):

**STIPULATION OF VOLUNTARY DISMISSAL**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

Laurence D. King – lking@kaplanfox.com
Linda M. Fong – lfong@kaplanfox.com
Todd M. Schneider – tschneider@schneiderwallace.com
Caz Hashemi – CHASHEMI@WSGR.COM

On this date, I served the below parties:

Frederic S. Fox
Joel B. Strauss
Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

XXX    (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed March 28, 2006 at San Francisco, California.

Adrianna D. Gutierrez

3

STIPULATION FOR VOLUNTARY DISMISSAL                                Case No.: 05-4997-MHP